**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN District of MISSOURI
(State)

Case number (If known): 20-41063   Chapter 11

☒ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   - ☐ Chapter 7
   - ☒ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   QMAXX PRODUCTS GROUP, INC.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   QMAXX PRODUCTS GROUP, LLC

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   2 7 – 2 7 9 2 3 5 8
   EIN

5. **Debtor's address**

   **Principal place of business**

   1781 Larkin Williams Rd.
   Number   Street

   Fenton   MO   63026
   City   State   ZIP Code

   St. Louis
   County

   **Mailing address, if different**

   Number   Street

   P.O. Box

   City   State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number   Street

   City   State   ZIP Code

Official Form 205   Involuntary Petition Against a Non-Individual   page 1

Debtor  **QMAXX PRODUCTS GROUP, INC.**   Case number (if known) 20-41063
         Name

**6. Debtor's website** (URL)    qmaxxproducts.com

**7. Type of debtor**
- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

Check one:
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
- ☒ No
- ☐ Yes. Debtor _____ Relationship _____
  District _____ Date filed _____ Case number, if known _____
  MM / DD / YYYY

  Debtor _____ Relationship _____
  District _____ Date filed _____ Case number, if known _____
  MM / DD / YYYY

### Part 3:  Report About the Case

**10. Venue**

Check one:
- ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**
- ☒ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205                Involuntary Petition Against a Non-Individual                page 2

Debtor  QMAXX PRODUCTS GROUP, INC.  Case number (if known) 20-41063
        Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| James L. Bannes | Salary & Expenses | $ 49,027.56 |
| Stacey Brown | Salary & Expenses | $ 78,000.00 |
| Max McCreery | Expenses | $ 17,297.81 |
| | Total of petitioners' claims | $ 144,325.37 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

James L. Bannes
Name

1009 Mallow Drive
Number   Street

Ellisville         MO        63011
City               State     ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City     State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/02/20
            MM / DD / YYYY

X /s/ James L. Bannes
Signature of petitioner or representative, including representative's title

**Attorneys**

Daniel D. Doyle
Printed name

Lashly & Baer, P.C.
Firm name, if any

714 Locust St.
Number   Street

St. Louis          MO        63101
City               State     ZIP Code

Contact phone (314) 436-8373  Email ddoyle@lashlybaer.com

Bar number 36724

State MO

X /s/ Daniel D. Doyle
Signature of attorney

Date signed 03/03/2020
            MM / DD / YYYY

Official Form 205  Involuntary Petition Against a Non-Individual  page 3

Debtor **QMAXX PRODUCTS GROUP, INC.** Case number (if known) **20-41063**

### Name and mailing address of petitioner

Name: Max McCreery
Number Street: 13009 Dieterle Ln.
City: St. Louis  State: MO  ZIP Code: 63127

### Name and mailing address of petitioner's representative, if any

(blank)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/28/2020

Signature of petitioner or representative, including representative's title

Printed name: Daniel D. Doyle
Firm name, if any: Lashly & Baer, P.C.
Number Street: 714 Locust St.
City: St. Louis  State: MO  ZIP Code: 63101
Contact phone: (314) 436-8373  Email: ddoyle@lashlybaer.com
Bar number: 36724
State: MO

Signature of attorney

Date signed: 03/03/2020

---

### Name and mailing address of petitioner

Name: Stacey L. Brown
Number Street: 1515 Redwood Drive
City: St. Clair  State: MO  ZIP Code: 63077

### Name and mailing address of petitioner's representative, if any

(blank)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/02/2020

Signature of petitioner or representative, including representative's title

Printed name: Daniel D. Doyle
Firm name, if any: Lashly & Baer, P.C.
Number Street: 714 Locust St.
City: St. Louis  State: MO  ZIP Code: 63101
Contact phone: (314) 436-8373  Email: ddoyle@lashlybaer.com
Bar number: 36724
State: MO

Signature of attorney

Date signed: 03/03/2020