# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| QMAXX PRODUCTS GROUP, INC., | ) Case No. 20-41063-659 |
| | ) Honorable Kathy Surratt-States |
| | ) Chapter 11 |
| | ) |
| Debtor. | ) |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE THAT David A. Sosne, Brian J. LaFlamme and the firm of Summers Compton Wells LLC, counsel for TexDev LLC, SBC Investments, LLC[1], Ben Block, Craig Hiddleston, Mitchell B Holdings 77 Inc., and Bryan Jordan (jointly, the "Qmaxx Lender Group"), creditors and parties in interest herein, have by this document filed their Entry of Appearance and Request for Notices in the above-styled bankruptcy case, and pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007 respectfully requests that all notices given or required to be given in this proceeding be served upon the Qmaxx Lender Group and its attorneys as follows:

| David A. Sosne, Esq.<br>Summers Compton Wells LLC<br>8909 Ladue Road<br>St. Louis, MO 63124<br>(314) 991-4999<br>(314) 991-2413 facsimile<br>Email:dasattymo@summerscomptonwells.com | Brian J. LaFlamme, Esq.<br>Summers Compton Wells LLC<br>8909 Ladue Road<br>St. Louis, MO 63124<br>(314) 991-4999<br>(314) 991-2413 facsimile<br>Email:<br>blaflamme@summerscomptonwells.com |
|---|---|

FURTHER TAKE NOTICE THAT the foregoing request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without

---

[1] SBC Investments LLC is presently an unregistered LLC and that Stephen Blaschke is doing business under said name.

#2443139v1                                      1

limitation, notices and copies of any plan, application, complaint, demand, hearing, motion, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone, facsimile, electronic transmission, the CM/ECF system or otherwise.

PLEASE TAKE FURTHER NOTICE that this Request for Copies of Notices, Pleadings and Orders shall not be deemed or construed as the Qmaxx Lender Group's waiver of its rights to (a) seek abstention or dismissal of this case or any proceeding filed herein, or otherwise contest venue or the court's jurisdiction over the case or any such proceeding; (b) have final orders in applicable matters, including so-called "Stern" matters and non-core claims, entered only after *de novo* review by a United States District Court; (c) demand a trial by jury in any proceeding so eligible; or (d) request withdrawal of the reference in any matter subject to mandatory or discretionary withdrawal; nor shall it constitute a waiver of any other rights or claims, actions, defenses, setoffs or recoupments which the Qmaxx Lender Group has or may hereafter obtain, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Qmaxx Lender Group expressly reserves.  This Request for Notices shall not be construed to be a consent by the Qmaxx Lender Group pursuant to 28 U.S.C. § 157(c)(2).

Respectfully Submitted,

SUMMERS COMPTON WELLS LLC

Date:  April 3, 2020

By: /s/ David A. Sosne
DAVID A. SOSNE (#28365MO)
BRIAN J. LAFLAMME (#49776MO)
8909 Ladue Road
St. Louis, MO 63124
(314) 991-4999/(314) 991-2413 Fax
Email:  dasattymo@summerscomptonwells.com
          blaflamme@summerscomptonwells.com

## CERTIFICATE OF SERVICE

   I hereby certify that a copy of the foregoing was served via electronic filing in the CM/ECF system of the United States Bankruptcy Court for the Eastern District of Missouri to the parties requesting service by electronic filing. I hereby also certify that a copy of the foregoing was served via United States Mail, first class postage prepaid, on the date of the electronic filing of this document to those individuals and entities not requesting service by electronic filing. The individuals and entities being served electronically or by mail are:

United States Department of Justice
U.S. Trustee's Office
111 S. Tenth Street, Ste. 6353
St. Louis, MO 63102

Daniel D. Doyle
Lashly & Baer, P.C.
714 Locust Street
St. Louis, MO 63101

Robert E. Eggmann
Thomas Riske
Carmody MacDonald PC
120 South Central, Suite 1800
Clayton, MO 63105

April 3, 2020             /s/ Christina Hauck

#2443139v1             3