UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| QMAXX PRODUCTS GROUP, INC., | ) Case No. 20-41063-659 |
| | ) Honorable Kathy Surratt-States |
| | ) Chapter 11 |
| | ) Involuntary |
| Debtor. | ) |

## ORDER DISMISSING CASE

This matter is before the Court on the Court's Order to Show Cause (Docket No. 36) why this Case should not be dismissed. Robert E. Eggmann and Thomas H. Riske stated that they appeared on behalf of the Alleged Debtor; David A. Sosne stated that he appeared on behalf of TexDev LLC, SBC Investments, LLC, Ben Block, Craig Hiddleston, Mitchell B. Holdings 77 Inc., and Bryan Jordan (the "Lender Group"); and Daniel D. Doyle stated that he appeared on behalf of the Petitioning Creditors. Following the argument of counsel and upon the announcement of the Court, as stated on the record, the Court finds that insufficient cause was established to warrant this Case continuing as a case under the United States Bankruptcy Code.

ACCORDINGLY, IT IS HEREBY ORDERED that this Case is DISMISSSED and

IT IS FURTHER ORDERED that upon entry of this Order, all stays under section 362 of the United States Bankruptcy Code are hereby terminated. Any pending matters are Denied as Moot.

KATHY A. SURRATT-STATES
Chief U.S. Bankruptcy Judge

DATED: August 18, 2020
St. Louis, Missouri
jjh

Copy mailed to all Creditors and Parties in Interest.

#2566004v1